IT IS SO ORDERED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00214 JW |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. | ) | |
| JAIME MARTINEZ-MARTINEZ, a/k/a Jaime Martinez, JOSE MARQUEZ-GALEANA, a/k/a Jose Marquez, and MIGUEL ANGEL HERNANDEZ-AVALOS, a/k/a Miguel Hernandez, | ) | |
| Defendants. | ) | |

This matter came before the Court for a status hearing on Monday, April 10, 2006. Counsel for the government and the defendants were present. Based on the hearing, at the request of the defendants, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendants' and the public's interests in a speedy trial inasmuch as the defendants need additional time for continuity of counsel and investigation and effective preparation, including reviewing discovery.

IT IS HEREBY ORDERED that this case is continued to Monday, May 15, 2006 at 1:30 p.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from April 10, 2006 through and including May 15, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: April 12, 2006

_____
JAMES WARE
United States District Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4
   JAY RORTY
5  Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
6  San Jose, California 95113

7  HARRIS B. TABACK
   139 Townsend Street, Suite 201
8  San Francisco, California 94107

9  BRUCE C. FUNK
   46 West Santa Clara Street
10 San Jose, California 95113