UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00214 JW |
| Plaintiff, | ) ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE |
| v. | ) ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| JAIME MARTINEZ-MARTINEZ, a/k/a Jaime Martinez, JOSE MARQUEZ-GALEANA, a/k/a Jose Marquez, and MIGUEL ANGEL HERNANDEZ-AVALOS, a/k/a Miguel Hernandez, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter came before the Court for a status hearing on Monday, June 12, 2006. Counsel for the government and the defendants were present. Based on the hearing, at the request of the defendants, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendants' and the public's interests in a speedy trial inasmuch as the defendants need additional time for investigation and effective preparation.

IT IS HEREBY ORDERED that this case is continued to Monday, July 17, 2006 at 1:30 p.m. for trial setting or disposition.

IT IS FURTHER ORDERED that the period of time from June 12, 2006 through and including July 17, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 6/14/06

_____
JAMES WARE
United States District Judge

Copies to be served on:

MATTHEW A. LAMBERTI
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113

JAY RORTY
Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
San Jose, California 95113

HARRIS B. TABACK
139 Townsend Street, Suite 201
San Francisco, California 94107

BRUCE C. FUNK
46 West Santa Clara Street
San Jose, California 95113