## PROPOSED ORDER/COVER SHEET

TO:     **Honorable Howard Lloyd**
        **U.S. Magistrate Judge**

RE:     **Jose Marquez**

FROM:   **Claudette M. Silvera, Chief**
        **U.S. Pretrial Services Officer**

DOCKET NO.:     **CR 06-70182 HRL**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____**Laura Weigel**_____
**U.S. Pretrial Services Officer**

_____**408-535-5230**_____
**TELEPHONE NUMBER**

RE:     **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**

**JUL 19 2006**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[X]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ]     Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]     Inform all parties concerned that a Bail Review Hearing will be conducted by:
        Magistrate Judge_____ Presiding District Court Judge_____

[ ]     I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]     Modification(s)

        A.

        B.

[ ]     Bail Revoked/Bench Warrant Issued.

[X]     I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]     Other Instructions:

_____
**JUDICIAL OFFICER**

____7/6/06____
**DATE**

**Cover Sheet** (12/03/02)