UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MARQUEZ-GALEANA, ) <br>   a/k/a Jose Marquez, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 06-00214 JW <br><br> ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

    This matter came before the Court for a status hearing on Monday, September 18, 2006. Counsel for the government and the defendant were present. Based on the hearing, at the request of the defendant, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for investigation and effective preparation.

    IT IS HEREBY ORDERED that this case is continued to Monday, October 16, 2006 at 1:30 p.m. for trial setting or disposition.

    IT IS FURTHER ORDERED that the period of time from September 18, 2006 through and including October 16, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: September 19th, 2006

    /s/ James Ware
_____
JAMES WARE
United States District Judge

1. Copies to be served on:
2. MATTHEW A. LAMBERTI
   Assistant United States Attorney
3. 150 Almaden Boulevard, Suite 900
   San Jose, California 95113
4. 
5. HARRIS B. TABACK
   139 Townsend Street, Suite 201
   San Francisco, California 94107