FILED

APR 12 2007

CLERK
NORTHERN DIST...
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE MARQUEZ-GALEANA<br><br>　　　　　Defendant. | No. CR 06-00214 JW<br><br>JW<br>(~~PROPOSED~~) ORDER FOR EXTENSION OF TIME FOR DEFENDANT MARQUEZ-GALEANA TO SELF SURRENDER |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that Defendant JOSE MARQUEZ-GALEANA must self surrender by noon on April 27, 2007 either to a designated Federal Bureau of Prisons facility or to the United States Marshals' Service in San Jose, California. The previously ordered self surrender date of April 13, 2007 is vacated.

Dated: April __12__, 2007

_James Ware_

THE HONORABLE JAMES WARE
UNITED STAES DISTRICT COURT JUDGE

| | |
|---|---|
| 1  HARRIS B. TABACK, California Bar No. 11107<br>   LAW OFFICES OF HARRIS B. TABACK<br>2  345 Franklin Street, Ste. 102<br>   San Francisco, CA 94102<br>3  (415) 241-1400<br>4  Attorney for Defendant<br>   JOSE MARQUEZ-GALEANA | **FILED**<br><br>APR 12 2007<br><br>CLERK<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSE MARQUEZ-GALEANA<br><br>  Defendant. | No. CR 06-00214 JW<br><br>STIPULATED APPLICATION FOR ORDER AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT MARQUEZ-GALEANA TO SELF SURRENDER |

Comes now the Defendant JOSE MARQUEZ-GALEANA, by and through undersigned counsel, Harris B. Taback, who respectfully requests that this Honorable Court permit him to self surrender on April 27, 2007 by Noon at the designated Bureau of Prisons facility or to the United States Marshals in San Jose, California, instead of the present surrender date of April 13, 2007.

JOSE MARQUEZ-GALEANA was sentenced on March 5th, 2007 and has yet to be designated to a correctional facility. Assistance United States Attorney Matt Lamberti has confirmed this information and has informed the court room deputy clerk of this Honorable Court and counsel that neither the United States nor the Marshals' service objects to the request to permit MARQUEZ-GALEANA until April 27th, 2007 to self surrender at the designated facility or directly to the United States Marshal in San Jose, California.

This request is based on this above referenced information and is submitted by counsel under penalty of perjury.

| | | |
|---|---|---|
| 1 | Dated: April 12, 2007 | Respectfully submitted, |
| 2 | | LAW OFFICES OF HARRIS B. TABACK |
| 3 | | |
| 4 | | |
| 5 | | /S/ HARRIS B. TABACK<br>Attorney for JOSE MARQUEZ-GALEANA |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA                                           Case Number: CR06-00214 JW

         Plaintiff,                     **CERTIFICATE OF SERVICE**

v.

JOSE MARQUEZ-GALEANA

         Defendant.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Marshal Service
280 South First Street
San Jose CA, 95113

Dated: April 12, 2007

                                            Richard W. Wieking, Clerk

                                            By: Elizabeth C. Garcia, Deputy Clerk